IN THE NEBRASKA COURT OF APPEALS

## MEMORANDUM OPINION AND JUDGMENT ON APPEAL
### (Memorandum Web Opinion)


COPPERSMITH V. COPPERSMITH

NOTICE: THIS OPINION IS NOT DESIGNATED FOR PERMANENT PUBLICATION
AND MAY NOT BE CITED EXCEPT AS PROVIDED BY NEB. CT. R. APP. P. § 2-102(E).

LARRY WAYNE COPPERSMITH, APPELLANT,

V.

KRISTINE KAY COPPERSMITH, APPELLEE.


Filed September 2, 2025.    No. A-24-347.


SUPPLEMENTAL OPINION


Appeal from the District Court for Keith County: MICHAEL E. PICCOLO, Judge. Former opinion modified, motion for rehearing overruled.

Bradley D. Holbrook, of Jacobsen, Orr, Lindstrom & Holbrook, P.C., L.L.O., for appellant.

Peter C. Wegman and Abbie L. DeWitte, of Rembolt Ludtke, L.L.P., for appellee.


MOORE, PIRTLE, and WELCH, Judges.

PER CURIAM.


Case No. A-24-0347 is before this court on a motion for rehearing filed by the appellant, Larry Wayne Coppersmith, regarding our memorandum opinion, *Coppersmith v. Coppersmith*, No. A-24-347, 2025 WL 1933245 (Neb. App. July 15, 2025) (selected for posting to court website). We overrule Larry's motion for rehearing, but for purposes of clarification, we modify the opinion as follows:

In section 9 of the analysis portion of the opinion designated as "Failure to Consider Law Farms," we modify the first sentence of paragraph 3 to state:

However, we agree with Kristine that, after Kristine provided evidence that there was no active appreciation of Law Farms' land, Larry failed to rebut the specific issue of what, if any, of the increase in value of Law Farms' land was active appreciation as opposed to passive appreciation.

The remainder of the opinion remains unmodified.

FORMER OPINION MODIFIED.
MOTION FOR REHEARING OVERRULED.